Stephen M. Harris (State Bar No. 110626)
smh@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiffs
STEVEN C. BRUCE and NORMAN T. WESLEY, JR., individually and on behalf of a class of similarly situated individuals

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN C. BRUCE, and NORMAN T. WESLEY, JR., individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON, INC., and HARLEY DAVIDSON MOTOR COMPANY, INC.,<br><br>Defendants. | NO. CV09-6588 CAS(RZx)<br><br>Assigned for All Purposes To:<br>Judge:    Christina A. Snyder - Courtroom 5<br>Date Action Filed: September 10, 2009<br>Trial Date:    None<br><br>**JOINT STIPULATION REGARDING DEADLINE FOR MOTION FOR CLASS CERTIFICATION UNDER LOCAL RULE 23-3** |

1  THIS STIPULATION is hereby entered into by and between Plaintiffs Stephen C. Bruce and Norman T. Wesley, Jr. ("Plaintiffs"), individually, and on behalf of others similarly situated, and Defendants Harley-Davidson, Inc., and Harley-Davidson Motor Company, Inc. ("Defendants") (collectively referred to as the "Parties"), by and through their respective counsel of record.

WHEREAS, on September 10, 2009, Plaintiffs filed a putative consumer class action in the United States District Court for the Central District of California, and Defendants were served with the complaint on October 8, 2009.

WHEREAS, on October 28, 2009, Defendants filed a motion to dismiss and motion to strike directed to the complaint, and, in lieu of an Opposition, Plaintiffs filed a first amended complaint on November 16, 2009.

WHEREAS, Central District Local Rule 23-3 requires Plaintiffs to file their Motion for Class Certification by January 6, 2010, which is 90 days from the service of their Complaint;

WHEREAS Defendants filed a motion to dismiss and motion to strike directed to the first amended complaint. Defendants' motion to dismiss and motion to strike the first amended complaint will likely be heard on or after December 21, 2009;

WHEREAS, the Court has not yet set a Rule 26 scheduling conference in this matter;

WHEREAS, the Court has not issued an order changing the deadline for a class certification motion under Central District Local Rule 23-3, and the Plaintiffs desire additional time to complete pre-certification discovery and to address any pending legal issues before the Court;

WHEREAS, the Parties will propose a class certification briefing schedule in their Joint Rule 26(f) Report, to be filed approximately 21 days prior to the Rule 26 scheduling conference;

///

///

1  IT IS HEREBY STIPULATED by and between the Parties and through their respective counsel that Plaintiffs are not required to file their Motion for Class Certification by January 6, 2010, or within 90 days of service of the complaint, and the Parties will submit a proposed class certification briefing schedule in their Joint Rule 26(f) Report.

Dated: December  /, 2009

KNAPP, PETERSEN & CLARKE

By: _____
Stephen M. Harris
Attorneys for Plaintiffs
STEVEN C. BRUCE and
NORMAN T. WESLEY, JR.,
individually and on behalf of a class
of similarly situated individuals

Dated: December    , 2009

DLA PIPER LLP

By: _____
Jeffrey A. Rosenfeld
Ana Tagvoryan
Matthew D. Caplan
Attorneys for Defendants
HARLEY-DAVIDSON, INC. AND
HARLEY-DAVIDSON MOTOR
COMPANY, INC.

WEST\21837784.1

718692 1 08000/00917

1  IT IS HEREBY STIPULATED by and between the Parties and through their
2  respective counsel that Plaintiffs are not required to file their Motion for Class
3  Certification by January 6, 2010, or within 90 days of service of the complaint, and
4  the Parties will submit a proposed class certification briefing schedule in their Joint
5  Rule 26(f) Report.

Dated: December    , 2009

KNAPP, PETERSEN & CLARKE

By: _____
Stephen M. Harris
Attorneys for Plaintiffs
STEVEN C. BRUCE and
NORMAN T. WESLEY, JR.,
individually and on behalf of a class
of similarly situated individuals

Dated: December 1, 2009

DLA PIPER LLP

By: _____
Jeffrey A. Rosenfeld
Ana Tagvoryan
Matthew D. Caplan
Attorneys for Defendants
HARLEY-DAVIDSON, INC. AND
HARLEY-DAVIDSON MOTOR
COMPANY, INC.

WEST\21837784.1

718692.1 08000/00917