Stephen M. Harris (State Bar No. 110626)
smh@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiffs
STEVEN C. BRUCE and NORMAN T. WESLEY, JR., individually and on behalf of a class of similarly situated individuals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN C. BRUCE, and NORMAN T. WESLEY, JR., individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON, INC., and HARLEY DAVIDSON MOTOR COMPANY, INC.,<br><br>Defendants. | NO.  CV09-6588 CAS(RZx)<br><br>Assigned for All Purposes To:<br>Judge:     Christina A. Snyder - Courtroom 5<br>Date Action Filed: September 10, 2009<br>Trial Date:     None<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE FOR MOTION FOR CLASS CERTIFICATION UNDER LOCAL RULE 23-3** |

**ORDER**

The Court has read and considered the parties' Joint Stipulation Regarding the Deadline for a Motion for Class Certification Under Central District Local Rule 23-3. GOOD CAUSE APPEARING, it is ORDERED that the 90-day deadline for the filing of a motion for class certification imposed by Central District Local Rule 23-3

///
///
///
///
///

-1-

1  shall not apply to Plaintiffs' motion for class certification in this matter, and the
2  Court shall set a briefing schedule for the motion as part of the scheduling order in
3  this case.

5  Dated: December ____, 2009

_____
Christina A. Snyder - Courtroom 5
Judge, United States District Court

718693 1 08000/00917

KNAPP,
PETERSEN
& CLARKE